Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Christian_Lassiter @fd.org

*Attorney for Petitioner Norlan Vallecillo Gomez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Norlan Vallecillo Gomez,<br><br>Petitioner,<br><br>v.<br><br>Mattos, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02437-RFB-DJA<br><br>**Stipulation to Extend Time to File Amended Petition and Briefing Schedule (First Request)** |

Petitioner Norlan Vallecillo Gomez and Respondents, John Mattos, *et al.*, through undersigned counsel, hereby submit this Stipulation for an Extension of Time for Petitioner to file an amended petition for a writ of habeas corpus, moving the deadline to September 11, 2026. Additionally, both parties stipulate that the entire briefing schedule is extended to correspond with the initial filing of an amended petition.

This extension is warranted because counsel for Mr. Vallecillo Gomez, Assistant Federal Public Defender Christian Bryan Lassiter has been away from his full duties, while caring for an ailing family member, currently in hospice care. Mr. Lassiter is requesting additional time to meet with Mr. Vallecillo Gomez, review discovery provided by the Respondents, and prepare Mr. Vallecillo Gomez's amended petition.

Currently, the amended petition is due today, September 1, 2026. This is the first stipulation for an extension of time. Upon an initial review of the case, Mr. Lassiter is confident that he can prepare the amended petition within the proposed extended time-period.

On September 1, 2026, undersigned counsel conferred with counsel for Respondents, Assistant United States Attorney Tamer B. Botros. AUSA Botros agreed to this stipulation and amended briefing schedule.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadlines as detailed above.

Respectfully submitted this 1st day of September, 2026.

TODD BLANCHE
Attorney General of the United States

SIGAL CHATTAH, First Assistant
United States Attorney

/s/ *Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Christian Lassiter*
Christian Lassiter
Assistant Federal Public Defender

IT IS SO ORDERED:



UNITED STATES DISTRICT JUDGE

DATED: September 2, 2026